FILE COPY

No. 07-22-00033-CR

| | | |
|---|---|---|
| In re Hunter Tyler Schreck, Relator | § | Original Proceeding |
| | § | February 14, 2022 |
| | § | Opinion by Justice Parker |
| | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated February 14, 2022, it is ordered, adjudged, and decreed that the Writ of Mandamus be denied.

o O o